IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NICHOLAS RYAN RYKIEL, <br><br> Plaintiff, <br><br> vs. <br><br> SALVATION ARMY, et al., <br><br> Defendants. | CV 19-40-BU-BMM-KLD <br><br> ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered her Findings and Recommendations in this case on October 10, 2019. (Doc. 11.) Judge DeSoto recommended that the Court dismiss the matter for lack of subject matter jurisdiction. (*Id.* at 10.)

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

**IT IS ORDERED** that Judge DeSoto's Findings and Recommendations (Doc. 11) are **ADOPTED IN FULL**.

The matter is **DISMISSED** for lack of subject matter jurisdiction.

The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit. The record makes plain the Complaint lacks arguable substance in law or fact.

DATED this 7th day of November, 2019.

_____
Brian Morris
United States District Court Judge